146 A.3d 476

**VOLLMER**

v.

**SCHWARTZ AND SCHWARTZ**

**No. 218, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 2657, Sept. Term, 2014).

Petition for writ of certiorari denied.

■

146 A.3d 477

**WALLER, Michael**

v.

**STATE of Maryland**

**No. 267, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 1537, Sept. Term, 2013).

Petition for writ of certiorari denied.